AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JERROLD L. AILLS,

           Plaintiff,

           v.

ED CAMPBELL, KAREN KELLEY, RUBY ROBLES, JOHN GOURLEY, SHAW VIVEK, CORPORAL NESARY, C/O WINDMILL, C/O RICHIE and SGT HARTLEY,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 12-CV-3097-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to   hearing   before the Court. The issues have been heard   and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  this action is DISMISSED WITHOUT PREJUDICE.

October 4, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia